1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 E-mail: service@moorelawfirm.com

5 Attorney for Plaintiff
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:16-CV-01050-WHA |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11); [PROPOSED] ORDER** |
| vs. | |
| LAT RESTAURANT, INC., dba BISSAP BAOBAB OAKLAND; RAYMOND KWOK CHAN; IVY SHEUNG LIN LO, | |
| Defendant. | |

**WHEREAS**, on March 2, 2016, Plaintiff, Albert Dytch ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On March 3, 2016, a Scheduling Order under General Order 56 was issued (ECF No. 5) ("Scheduling Order"). The Scheduling Order required that all defendants be served with the complaint no later than May 2, 2016;

**WHEREAS**, on March 4, 2016, Plaintiff delivered to County Process Service, Inc. ("the process server") the Summons and Complaint for service on the registered agent for service of Defendant Lat Restaurant, Inc., dba Bissap Baobab Oakland, Marc O. Senghor ("the Agent"), at the address registered with the Office of the Secretary of State, 2319 Mission

1   Street, in the city of San Francisco (Declaration of Tanya E. Moore, filed herewith (Moore
2   Decl., at ¶2-3).

3   **WHEREAS**, the process server attempted service on the agent on nine separate dates
4   and times, without success, at the address registered with the Office of the Secretary of State
5   (Moore Decl., ¶3).

6   **WHEREAS**, based upon Plaintiff's counsel's review of public records, she determined
7   that Lat Restaurant, Inc.'s business address is 381 15th Street, in Oakland, California (Moore
8   Decl., ¶4).

9   **WHEREAS,** on April 15, 2016, Plaintiff requested the process server to serve the
10  agent at the business address (Moore Decl., ¶5).  On April 27, 2016, the agent was served by
11  substituted service, by handing the documents to a  person apparently in charge at the business.
12  Attached hereto as Exhibit "A" is a true and correct copy of the Proof of Service;

13  **WHEREAS**, on April 27, 2016, the Summons and Complaint were mailed to Lat
14  Restaurant, Inc., dba Bissap Baobab Oakland at the business address where the Summons and
15  Complaint were served (Moore Decl, ¶5).

16  **WHEREAS**, service of the Summons and Complaint is deemed complete on the 10th
17  day following the mailing of the documents to the party at the address in which the substitute
18  service was effected under California Code of Civil Procedure section 415.20(b)[1].  Therefore,
19  the effective date of service is May 7, 2016, which date is beyond the deadline the Court set for
20  Plaintiff to effect service.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

_____

[1] Rule 4(e) of the Federal Rules of Civil Procedure provides that the summons may be served "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE;
[~~PROPOSED~~] ORDER

**NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including May 9, 2016 to procedurally effect service of his Complaint on Lat Restaurant, Inc., dba Bissap Baobab Oakland and to file the proof of service.

Dated:  May 2, 2016                MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore,
                                    Attorney for Plaintiff,
                                    Albert Dytch

## ORDER

Upon request of Plaintiff for administrative relief and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order in this matter filed March 2, 2016 (ECF No. 5) be amended to continue the last day by which Plaintiff must serve the Complaint on defendant Lat Restaurant, Inc., dba Bissap Baobab Oakland from May 2, 2016 to May 9, 2016.

**IT IS SO ORDERED.**

Dated: May 3, 2016.                 
                                    WILLIAM ALSUP
                                    United States District Judge