IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>  v.<br><br>LAT RESTAURANT, INC.; RAYMOND CHAN; IVY LO,<br><br>    Defendants.<br>                                                  / | No. C 16-01050 WHA<br><br><br><br>**ORDER RE MOTION FOR STAY** |

      Pro se defendants Raymond Chan and Ivy Lo have filed a motion to stay this case because plaintiff is allegedly a "high-frequency litigant" (Dkt. No. 6). This is not proper grounds for a stay and thus the motion is **DENIED**. This case shall follow the procedures set for ADA cases in General Order 56.

      Defendants may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available online at: http://cand.uscourts.gov/helpcentersf.

      Defendants may also wish to obtain a copy of the district court's Handbook for Litigants Without a Lawyer. It provides instructions on how to proceed at every stage of your case,

including discovery, motions, and trial. The handbook is available in person at the Clerk's Office and online at: http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: May 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE